# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140745

ALEX GAMBLE, a minor, by and through his
Next Friend, DENA GAMBLE,
             Plaintiff,

and

DENA GAMBLE,
             Plaintiff-Appellant,

v

FARMERS INSURANCE EXCHANGE,
             Defendant-Appellee,

and

CURTIS ELLINGTON,
             Defendant.

SC: 140745
COA: 290119
Wayne CC: 07-720176-NI

_____/

On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

p0621